| | | |
|---|---|---|
| **Fill in this information to identify the case:** | | |
| Debtor 1 | Brian Lee Frame | |
| Debtor 2 (Spouse, if filing) | Kimberly Elaine Frame | |
| United States Bankruptcy Court for the: _____ District of | **ARIZONA** (State) | |
| Case number | 2:20-bk-03759-PS | |

Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Citizens Bank NA f/k/a RBS Citizens NA   **Court claim no.** (if known): 10

**Last 4 digits** of any number use to identify the debtor's account: XXXXXX6963

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney Fees | 05/07/2020: $350.00 (Review Plan, Schedules, Docket, Monitor for Confirmation), 05/11/2020: $500.00 (Objection to Plan) | (3) | $ 850.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 06/11/2020 | (5) | $ 300.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. | Other. Specify: | | (11) | $ 0.00 |
| 12. | Other. Specify: | | (12) | $ 0.00 |
| 13. | Other. Specify: | | (13) | $ 0.00 |
| 14. | Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Brian Lee Frame | Case number (if known) 2:20-bk-03759-PS |
|---|---|---|
| | First Name  Middle Name  Last Name | |

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Nathan F. Smith             Date  September 22, 2020
   Signature

Print:  Nathan F. Smith             Title  Attorney for Citizens Bank NA f/k/a RBS Citizens NA
        First Name  Middle Name  Last Name

Company  Malcolm ♦ Cisneros, A Law Corporation

Address  2112 Business Center Drive
         Number          Street

         Irvine                       CA        92612
         City                         State     ZIP Code

Contact phone  ( 949 ) 252 - 9400              Email

# **PROOF OF SERVICE**

I hereby certify that on September 22, 2020, I have served a copy of the foregoing Notice and all attachments to the following by first class mail or electronically via the Court's ECF system:

**DEBTOR(S)**
Brian Lee Frame
2818 S. 160th Lane
Goodyear, AZ 85338

Kimberly Elaine Frame
2818 S. 160th Lane
Goodyear, AZ 85338

**DEBTOR'S ATTORNEY**
Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780

**CHAPTER 13 TRUSTEE**
RUSSELL BROWN
Chapter 13 Trustee
Suite 800
3838 North Central Avenue
Phoenix, AZ 85012-1965

**Date:** September 22, 2020

*/s/ Diep Quach*
Diep Quach, Assistant Paralegal
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, CA 92612
(949) 252-9400
(949) 252-1032 (FAX)